149 A.3d 293

WOLVERINE FLAGSHIP FUND TRADING LIMITED, WHITEBOX CONCENTRATED CONVERTIBLE ARBITRAGE PARTNERS, L.P., WHITEBOX MULTI-STRATEGY PARTNERS, L.P. AND PANDORA SELECT PARTNERS, L.P., PLAINTIFFS-PETITIONERS, v. AMERICAN ORIENTAL BIOENGINEERING, INC., AOXING PHARMACEUTICAL COMPANY, INC. AND OLDE MONMOUTH STOCK TRANSFER CO., INC., DEFENDANTS.

FILED August 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000654-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.